UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HORACIO GARCIA-VASQUEZ, and FERNANDO TAURINO BARRIGA-ANTONIO<br><br>           **Defendants.** | 3:23-mj-00006<br><br>ORDER TO PARTIALLY UNSEAL CASE |

This matter having come before the Court upon motion of Paul T. Maloney, Assistant United States Attorney for the District of Oregon, requesting an order to partially unseal the case.

IT IS HEREBY ORDERED, that the case shall be partially unsealed. The complaint and other documents including the affidavit in support of the complaint remain under seal. The government may publicly file a redacted version of the criminal complaint and affidavit.

Dated: Janurary  11 , 2023.

_____
HONORABLE JEFFREY ARMISTEAD
United States Magistrate Judge

Presented by:
NATALIE K. WIGHT
United States Attorney

*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB #013366
Assistant United States Attorney